FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUN -5 A 11: 30

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LABORERS NATIONAL PENSION FUND | * | CIVIL ACTION |
| CARL F. BOOKER, BILL L. HARBERT, | * | |
| BILL L. HARBERT, JR., BRUCE HUGHES, | * | NO. 00-0433 |
| ARMAND E. SABITONI, MASON M. | * | |
| WARREN, J. TOM WHITE | * | |
| | * | SECTION: "L" |
| VERSUS | * | |
| | * | |
| ELAINE SMITH | * | MAG. 1 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ENTRY OF DEFAULT

TO:   Clerk of Court
      United States District Court
      United States Courthouse
      500 Camp Street
      New Orleans, LA 70130

Dear Clerk:

Please enter the default of defendant, ELAINE SMITH, for failure to plead or otherwise

defend this action as provided by the Federal Rules of Civil Procedure. This request is made pursuant

F:\WP51\MARIAC\LABORERS\PLEADINGS\SMITH-ELAINE-DEF.ENT.wpd

DATE OF ENTRY
JUN 2 6 2000

Fee
Process
X Dktd
CtRmDep
Doc. No.

to Civ. R. 55(a) and is supported by the affidavit of Maria C. Cangemi, which is attached as Exhibit "A".

ROBEIN, URANN & LURYE

_____
MARIA C. CANGEMI (Bar No. 20136)
Post Office Box 6768 (70009-6768)
2540 Severn Avenue, Suite 400
Metairie, LA 70002
Telephone: (504) 885-9994

**ATTORNEYS FOR PLAINTIFFS**

F:\WP51\MARIAC\LABORERS\PLEADINGS\SMITH-ELAINE-DEF.ENT.wpd

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LABORERS NATIONAL PENSION FUND<br>CARL F. BOOKER, BILL L. HARBERT,<br>BILL L. HARBERT, JR., BRUCE HUGHES,<br>ARMAND E. SABITONI, MASON M.<br>WARREN, J. TOM WHITE | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 00-0433<br><br><br>SECTION: "L" |
| VERSUS | * <br> * | |
| ELAINE SMITH | * <br> * | MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF DEFAULT

Upon plaintiff's application for entry of default against defendant, Elaine Smith for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and it appearing that more than 20 days have passed since defendant was served with a summons and complaint, and that defendant has not appeared to defend this action, it is

ORDERED that default is entered against defendant, Elaine Smith in favor of plaintiffs.

New Orleans, Louisiana, this 23rd day of _June_, 2000.

_LORETTA G. WHYTE_
CLERK OF COURT
UNITED STATES DISTRICT COURT

by: _[signature]_
Deputy Clerk

F:\WP51\MARIAC\LABORERS\PLEADINGS\SMITH-ELAINE-DEF ENT.wpd