

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LABORERS NATIONAL PENSION FUND<br>CARL F. BOOKER, BILL L. HARBERT,<br>BILL L. HARBERT, JR., BRUCE HUGHES,<br>ARMAND E. SABITONI, MASON M.<br>WARREN, J. TOM WHITE | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION<br><br>NO. 00-0433<br><br><br>SECTION: "L" |
| VERSUS | * <br> * | |
| ELAINE SMITH | * <br> * | MAG. 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT

TO:  The Honorable Eldon E. Fallon
     Judge, United States District Court
     United States Courthouse
     500 Camp Street
     New Orleans, LA   70130

Dear Judge Fallon:

Please enter judgment by default against defendant, ELAINE SMITH, in the amount of $12,783.51, for failure to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure. This request is made pursuant to Fed. R. Civ. P. 55(b)(1) and is supported by the

F:\WP51\MARIAC\LABORERS\PLEADINGS\SMITH-ELAINE-DEF.JUD.wpd

DATE OF ENTRY

AUG 10 2000



affidavit of Maria C. Cangemi which is attached as Exhibit "A".

                                      **ROBEIN, URANN & LURYE**

                                      **MARIA C. CANGEMI (Bar No. 20136)**
                                      Post Office Box 6768 (70009-6768)
                                      2540 Severn Avenue, Suite 400
                                      Metairie, LA 70002
                                      Telephone: (504) 885-9994

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LABORERS NATIONAL PENSION FUND | * | CIVIL ACTION |
| CARL F. BOOKER, BILL L. HARBERT, | * | |
| BILL L. HARBERT, JR., BRUCE HUGHES, | * | NO. 00-0433 |
| ARMAND E. SABITONI, MASON M. | * | |
| WARREN, J. TOM WHITE | * | |
| | * | SECTION: "L" |
| VERSUS | * | |
| | * | |
| ELAINE SMITH | * | MAG. 1 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT

STATE OF LOUISIANA

PARISH OF JEFFERSON

BEFORE ME, the undersigned Notary, personally came and appeared:

MARIA C. CANGEMI,

who, after being duly sworn, states:

1. This affidavit is made in support of plaintiffs' request for entry of judgment by default against defendant, Elaine Smith, in this action.

F:\WP51\MARIAC\LABORERS\PLEADINGS\SMITH-ELAINE-DEF.JUD.wpd



2. I am the attorney for plaintiff in this action and I have personal knowledge of the following facts:

3. Defendant is not an infant or incompetent person.

4. Defendant is not in the military service.

5. Defendant, Elaine Smith was served domiciliary through her niece, Trecie, at 401-1/2 Atlantic Avenue, New Orleans, Louisiana, with a summons and complaint on February 14, 2000, as appears from the proof of service attached as Exhibit "B".

6. Defendant has failed to plead or otherwise defend or appear as provided by the Federal Rules of Civil Procedure, Rule 55.

7. More than 20 days have passed since service of the summons and complaint.

8. The plaintiffs' claim is to enforce defendant's violations of the terms of an employee benefit plan and to obtain repayment of pension benefits erroneously paid to defendant, Elaine Smith. As appears in paragraph 6 of the Complaint, on October 15, 1996, defendant was given power of attorney for William Smith, Sr., who was an eligible Fund beneficiary receiving monthly retirement benefit payments beginning in May 1984 and who died on March 9, 1998.

9. Checks issued after Mr. Smith's death, from May 1, 1998 through May 1, 1999, bear defendant's signature to endorse the checks, and were subsequently presented and honored for payment by the Fund.

10. On February 4, 1999 (approximately 11 months after Mr. Smith's death), the defendant responded to the Fund's inquiries about Mr. Smith, stating falsely that defendant and her father, the deceased Mr. Smith, had been away on a trip and just returned, and indicated that her

father had not received payment for the month of April 1998.

11.  In May 1999, after cross-referencing the Fund's active benefit file against Social Security Administration death records, the Trustees of the Fund discovered the fact that Mr. Smith died on March 9, 1998. The Pension Fund suspended pension benefits payable to William Smith after discovery of his death.

12.  As a result of defendant's non-disclosure and concealment of Mr. Smith's death, the Fund paid out pension benefits to defendant from April 1, 1998 through May 1, 1999, totaling $10,188.00. These payments would not have been paid, but for defendant's non-disclosure and misrepresentation to the Pension Fund regarding the date of death of William Smith.

13.  Interest at 12% per annum is owed on each pension check paid after the death of Mr. Smith, as reflected in the attached Exhibit "C".

14.  Plaintiffs will suffer irreparable injury, loss and damage in the event defendant is not required to refund to the plaintiffs all pension monies erroneously paid to defendant, plus all interest income attributable to those monies.

Dated: 8-1-00

_____
MARIA C. CANGEMI

Sworn to and subscribed before me,

this 1ST day of August, 2000.

_____
NOTARY PUBLIC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LABORERS NATIONAL PENSION FUND** | * | **CIVIL ACTION** |
| **CARL F. BOOKER, BILL L. HARBERT,** | * | |
| **BILL L. HARBERT, JR., BRUCE HUGHES,** | * | **NO. 00-0433** |
| **ARMAND E. SABITONI, MASON M.** | * | |
| **WARREN, J. TOM WHITE** | * | |
| | * | **SECTION: "L"** |
| **VERSUS** | * | |
| | * | |
| **ELAINE SMITH** | * | **MAG. 1** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ENTRY OF JUDGMENT BY DEFAULT

Upon plaintiff's application for entry of judgment by default against defendant, Elaine Smith for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, and it appearing that defendant is not an infant or incompetent person, defendant is not in the military service, it is

**ORDERED** that judgment by default is entered against defendant in favor of plaintiffs granting plaintiffs the right to enforce and address violations of the terms of an employee benefit plan and to obtain repayment of pension benefits in the amount of $10,188.00 erroneously paid to defendant, Elaine Smith, for the period April 1, 1998 through May 1, 1999, plus interest in the amount of $2,595.51, for a judgment in the total amount of $12,783.51, as prayed for in plaintiffs' Complaint.

F:\WP51\MARIAC\LABORERS\PLEADINGS\SMITH-ELAINE-DEF.JUD.wpd

New Orleans, Louisiana, this _5th_ day of _Aug_, 2000.

_____
JUDGE, UNITED STATES DISTRICT COURT